IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:  11-61432-CV-Cohn/Seltzer

**CHARLES BADO,**
an individual

vs.

**2600 N. DIXIE HIGHWAY #2, LLC,**
a Florida corporation

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, CHARLES BADO, by and through his undersigned attorneys, files this, his Notice of Voluntary Dismissal With Prejudice.  Plaintiff respectfully requests that this action be dismissed with each party to bear their own attorneys fees and costs.

Dated:  January 17, 2012

Respectfully submitted,

/s/Stuart A. Rosenfeldt
Florida Bar No.: 316113
Email: srosenfeldt@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida  33394
Direct Dial: 954-990-4343/Fax: 954-990-4469

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2012, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/Stuart A. Rosenfeldt
Florida Bar No.: 316113
Email: srosenfeldt@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida  33394
Direct Dial: 954-990-4343/Fax: 954-990-4469

## SERVICE LIST

| | |
|---|---|
| Stuart A. Rosenfeldt, Esq. | John P. Seiler, Esq. |
| Florida Bar No.: 316113 | Florida Bar No.: 776343 |
| Email: srosenfeldt@randb-law.com | jseiler@sszrlaw.com |
| ROSENFELDT & BIRKEN, P.A. | SEILER, SAUTTER, ZADEN, RIMES & WEIHE |
| 100 SE 3rd Avenue, Suite 1300 | 2850 North Andrews Avenue |
| Fort Lauderdale, Florida  33394 | Wilton Manors, Florida 33311 |
| Direct Dial: 954-990-4343 | Phone:  954-568-7000 |
| Fax: 954-990-4469 | Fax: 954-568-2152 |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| *Via CM/ECF* | *Via CM/ECF* |

C:\shares\Bado re Center for Enf of Disab Rights\2600 N Dixie Highway 11-61432\Notice of Dismissal.docx